Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | Edward A. Bobrick |
|---|---|---|---|
| **CASE NUMBER** | 97 C 476 | **DATE** | 9/2/2003 |
| **CASE TITLE** | United States vs. Larry Jarmon | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
  ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Hearing on motion held. For the reasons set forth on the reverse side of this order, the Court respectfully recommends that the plaintiff's motion for entry of order of garnishment directed to Pacific Rail Services be Granted. Enter Report and Recommendation.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | SEP 0 8 2003 date docketed | |
| | Notified counsel by telephone. | | | |
| | Docketing to mail notices. | U.S. DISTRICT COURT CLERK | | 16 |
| | Mail AO 450 form. | | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | 03 SEP -5 AM 9:27 | 9/2/2003 date mailed notice | |
| SRB | courtroom deputy's initials | FILED FOR DOCKETING 7-03 Date/time received in central Clerk's Office | SB mailing deputy initials | |

(Reserved for use by the Court)

# ORDER

This Court recommends that plaintiff's motion for entry of order of garnishment be granted and that the order of garnishment be entered directing the Garnishee, Pacific Rail Services, to pay to the United States, a sum equal to 25% of the defendant's disposable earning since the date of service of the writ and that garnishee continue the payments each pay period until the balance of the judgment (plus interest) is paid in full or until further order of this Court. Accordingly, the Court respectfully recommends that the district Judge enter orders of garnishment, directing garnishee Pacific Rail Services to pay to the plaintiff a sum equal to 25% of the disposable wages of Larry Jarmon, until the judgment debt is paid in full, or until the garnishee no longer has possession, custody or control of wages or income of the defendant, or until further court order.

Specific written objections to this report and recommendation may be served and filed within 10 business days from the date that this order is served pursuant to Fed.R.Civ.P.72(a). Failure to file objections with the District Court within the specified time will result in a waiver of the right to appeal all findings, factual and legal, made by this Court in the report and recommendation. See Video Views, Inc. vs. Studio 21. Ltd., 797F.2d 538,539(7th Cir. 1986).

*Edward A. Bobrick*